NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1508

MCNEIL-PPC, INC., MERCK & CO., INC., and
JOHNSON & JOHNSON – MERCK CONSUMER PHARMACEUTICALS COMPANY,

Plaintiffs-Appellants,

v.

PERRIGO COMPANY, L. PERRIGO COMPANY,
and PERRIGO RESEARCH & DEVELOPMENT COMPANY,

Defendants-Appellees.

Harry J. Roper, Jenner & Block LLP, of Chicago, Illinois, argued for plaintiffs-appellants. With him on the brief were Raymond N. Nimrod and Kristopher R. Kiel. Of counsel on the brief was Ronald M. Daignault, of New York, New York.

Steven L. Underwood, Price, Heneveld, Cooper, DeWitt & Litton, LLP, of Grand Rapids, Michigan, argued for defendants-appellees. With him on the brief were James A. Mitchell and Andrea Z. Warmbier.

Appealed from: United States District Court for the Southern District of New York

Judge William H. Pauley, III

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1508

MCNEIL-PPC, INC., MERCK & CO., INC., and
JOHNSON & JOHNSON – MERCK CONSUMER PHARMACEUTICALS COMPANY,

Plaintiffs-Appellants,

v.

PERRIGO COMPANY, L. PERRIGO COMPANY,
and PERRIGO RESEARCH & DEVELOPMENT COMPANY,

Defendants-Appellees.

# Judgment

ON APPEAL from the          UNITED STATES DISTRICT COURT FOR THE
                            SOUTHERN DISTRICT OF NEW YORK

in CASE NO(S).          05-CV-1321

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and BRYSON, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED April 14, 2008          /s/ Jan Horbaly
                              Jan Horbaly, Clerk